**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-10389 |
| Plaintiff-Appellee, | D.C. No. 2:14-cr-00321-GMN-NJK-3 |
| v. | |
| KEITH WILLIAMS, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Gloria M. Navarro, District Judge, Presiding

Submitted August 17, 2022[**]

Before:    S.R. THOMAS, PAEZ, and LEE, Circuit Judges.

Keith Williams appeals from the district court's judgment and challenges his

guilty-plea conviction and total 147-month sentence for conspiracy to interfere

with commerce by robbery, in violation of 18 U.S.C. § 1951; three counts of

interference with commerce by robbery, in violation of 18 U.S.C. §§ 2, 1951; and

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. §§ 2, 924(c)(1)(A). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Williams's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Williams the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Williams waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Goodall*, 21 F.4th 555, 562-65 (9th Cir. 2021). We accordingly dismiss the appeal. *See id.* at 565.

However, we remand for the district court to amend the written judgment to reflect the correct statutes of conviction for Count 13: 18 U.S.C. §§ 2 and 924(c)(1)(A).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED; REMANDED with instructions.**